IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01775-REB-BNB

MOTHERLOVE HERBAL COMPANY, a Colorado corporation,

Plaintiff,

v.

MY MAMA'S LOVE, LLC, a Washington corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Motion for Leave to Appear at November 30, 2011 at 9:00 a.m. Scheduling/Planning Conference Via Telephone** [docket no. 17, filed November 28, 2011] (the "Motion").

     IT IS ORDERED that the Motion is DENIED.  Plaintiff's counsel must appear in person.


DATED:  November 28, 2011