**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-01775-REB-BNB

MOTHERLOVE HERBAL COMPANY, a Colorado corporation,

    Plaintiff,

v.

MY MAMMA'S LOVE, LLC, a Washington corporation,

    Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

    The matter comes before me on the **Stipulation of Dismissal and Order Thereon Pursuant To Fed.R.Civ.P. 41(a)(1)(ii)** [#31][1] filed January 19, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal and Order Thereon Pursuant To Fed.R.Civ.P. 41(a)(1)(ii)** [#31] filed January 19, 2012, is **APPROVED**;

    2. That the Trial Preparation Conference set for September 21, 2012, is **VACATED**;

    3. That the jury trial to the court set to commence September 24, 2012, is **VACATED**; and

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated January 20, 2012, at Denver, Colorado.

                                            **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge